IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                      No. 04-10103-T

DAVID BONDS,

    Defendant.

## ORDER CONTINUING TRIAL AND EXCLUDING DELAY

Upon oral motion of counsel for defendant David Bonds, with no objection from the government and for good cause shown, the trial date which is currently scheduled for May 23, 2005, is hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from May 23, 2005, to June 15, 2005, at 9:30 A.M.</u> The resulting period of delay, from May 23, 2005, to June 15, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report date is scheduled for June 6, 2005, at 8:45 a.m.

    IT IS SO ORDERED.

                                                                   _James D. Todd_
                                                                   JAMES D. TODD
                                                                   UNITED STATES DISTRICT JUDGE

                                                                   20 May 2005
                                                                   DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/20/05

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:04-CR-10103 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT