# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

FILED BY _____ _SP_ ___D.C.

**05 JUN 13 AM 8: 16**

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

| | |
|---|---|
| **NO:** | 1:0410103-01-T |
| **USA v.** | DAVID BONDS |
| **AD** | PROSEQUENDUM |
| **FOR:** | SUPERVISED RELEASE VIOLATION HEARING |

**TO:**   USM, Western District of TN
Warden, Shelby County Jail

YOU ARE HEREBY COMMANDED to have the person of **David Bonds,**  by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 8:45 a.m. on the 15th day of June,  2005**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold  him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS _10th_ DAY OF _June_, 20 _05_.

_James D. Todd_

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6 | 13 | 05_

30

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:04-CR-10103 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT