IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                              CR NO.  1:04-10103-01-T

DAVID BONDS

## ORDER REVOKING BOND

This cause came on to be heard on June 22, 2005, the defendant failed to appear for the

scheduled report date.  This Court issued a warrant for his arrest.  It is therefore, ORDERED that

the defendant's bond be and is hereby revoked.  The defendant will be held in custody pending

the trial of this matter.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: _24 June 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6/24/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 1:04-CR-10103 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT