IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | Cr. No. 0 4 - 1 0 1 0 3 - T |
| v. ) | |
| ) | |
| DAVID BONDS, ) | |
| Defendant. ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **DAVID BONDS**, BkG # 05305106, now being detained in the Shelby County Corrections Center, appear before the Honorable S. Thomas Anderson on: TUESDAY, 10-04-05 at: 1:45 P.M. for initial appearance in this case and for such other appearances as this Court may direct.

Respectfully submitted this ____8th____ day of September 2005.

_____
JAMES W. POWELL
Assistant United States Attorney

### ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Shelby County Sheriff:

**YOU ARE HEREBY COMMANDED** to have **DAVID BONDS** appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this ___09th___ day of ___September___ 2005.

_____
S. THOMAS ANDERSON
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/16/05

38

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:04-CR-10103 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT